UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFORD ARMSTEAD,<br><br>               Plaintiff,<br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF ENTERPRISE SERVICES, et al.,<br><br>               Defendants. | CASE NO. C21-5557JLR-JRC<br><br>ORDER |

This matter comes before the court on Defendants Washington State Department of Enterprise Services, the Washington State Department of Corrections ("DOC"), and the Washington State Office of Risk Management's (collectively, "Defendants") motion for summary judgment (MSJ (Dkt. # 6)); Plaintiff Wilford Armstead's response to Defendants' motion for summary judgment (MSJ Resp. (Dkt. # 10)); Defendants' response to United States Magistrate Judge J. Richard Creatura's order to show cause regarding subject matter jurisdiction (OSC Resp. (Dkt. # 15); OSC (Dkt. # 11)); and the

report and recommendation of Magistrate Judge Creatura (R&R (Dkt. # 21)). Having carefully reviewed all of the foregoing, along with all other relevant documents, and the governing law, the court ADOPTS the report and recommendation, GRANTS Defendants' motion for summary judgment, and DISMISSES this case with prejudice.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The court reviews de novo those portions of the report and recommendation to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). When no objections are filed, the court need not review de novo the report and recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). Because Mr. Armstead is proceeding *pro se*, this court must interpret his pleadings liberally. *See Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).

Here, no party has objected to the report and recommendation. (*See* Dkt.) Thus, the court need not review de novo the report and recommendation. *See Wang*, 416 F.3d at 1000 n.13. Moreover, the court has thoroughly examined the record before it and finds Magistrate Judge Creatura's reasoning persuasive in light of that record. Accordingly, the court ADOPTS the report and recommendation (Dkt. # 21) in its entirety and

GRANTS Defendants' motion for summary judgment (Dkt. # 6).  Mr. Armstead's claims are DISMISSED with prejudice.  The court DIRECTS the Clerk to send copies of this order to Mr. Armstead, counsel for Defendants, and Magistrate Judge Creatura.

Dated this 21st day of March, 2022.

JAMES L. ROBART
United States District Judge